**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN D. GADSON,

        Petitioner,

  v.

DERRICK L. OLLISON,

        Respondent.

                           /

No. C 06-05571 CRB

**ORDER RE: PETITIONER'S RESPONSE**

On November 21, 2006, Respondent filed a motion to dismiss this habeas petition on the ground that Petitioner has a pending state court petition arising out of the same conviction as this habeas petition.  Petitioner has not filed a response to the motion to dismiss.  Accordingly, on or before January 12, 20067, Petitioner shall file a response to the motion to dismiss.  Petitioner's failure to file a response will be deemed a non-opposition to the motion.

     **IT IS SO ORDERED.**

Dated: Dec. 19, 2006

                  CHARLES  R. BREYER
                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5571\orderreresponse.wpd