IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN D. GADSON,

    Petitioner

v.

DERRICK L. OLLISON,

    Respondent.

No. C 06-05571 CRB

**ORDER**

As the California Supreme Court has ruled on the state court petition of petitioner Sean Gadson, the government's motion to dismiss is DENIED as moot and the hearing on the motion to dismiss is VACATED. Respondent shall file an answer to the petition within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: January 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5571\orderredismiss.wpd